No. 352. BRAUNSTEIN v. NEW YORK, ETC.

Argued December 4, 1928. Decided December 10, 1928. *Per Curiam:* The writ of error and the appeal are dismissed for want of a properly presented federal question on the authority of *Capital City Dairy Co.* v. *Ohio,* 183 U. S. 238, 246; *Marvin* v. *Trout,* 199 U. S. 213, 223; *Hiawassee Power Co.* v. *Carolina-Tennessee Power Co.,* 252 U. S. 341, 343. *Mr. Jay Leo Rothschild* for plaintiff in error and appellant. *Mr. Charles J. Dodd* for defendant in error and appellee.